**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____  Chapter  7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Financial Business and Consumer Solutions, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  Federal Bond & Collection Service Inc<br>DBA  FBCS, Inc.<br>DBA  FBCS<br>DBA  F.B.C.S.<br>DBA  FBCS Service<br>DBA  F B C S<br>DBA  Financial Business & Consumer Solutions, Inc.<br>FDBA  Fed Bond<br>FDBA  Federal Bond<br>DBA  Fbcs Service<br>FDBA  Federal Bond & Collection SV INC<br>DBA  FBCS SERVICE |
| 3. | Debtor's federal Employer Identification Number (EIN) | 23-2421430 |
| 4. | Debtor's address | **Principal place of business**<br><br>330 S. Warminster Road<br>Suite 353<br>Hatboro, PA 19040-3739<br>Number, Street, City, State & ZIP Code<br><br>Montgomery<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://www.fbcs-inc.com/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Financial Business and Consumer Solutions, Inc.**                                    Case number (*if known*)
          Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
       **5614**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

Debtor **Financial Business and Consumer Solutions, Inc.**    Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
■ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Financial Business and Consumer Solutions, Inc.**    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/29/2024
             MM / DD / YYYY

X _____        **Joseph Neary Jr.**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X _____        Date  08 / 29 / 2024
Signature of attorney for debtor                MM / DD / YYYY

**Kymberly Kochis Esq.**
Printed name

**Eversheds Sutherland (US) LLP**
Firm name

**1114 Avenue of the Americas**
**40th Floor**
**New York, NY 10036-7703**
Number, Street, City, State & ZIP Code

Contact phone  **212-389-5000**    Email address  **kymberlykochis@eversheds-sutherland.com**

**319846 PA**
Bar number and State

# WRITTEN CONSENT OF THE
# SHAREHOLDERS OF FBCS, INC.

## August 1, 2024

**WHEREAS**, the undersigned shareholders ("Shareholders") of FBCS, Inc. (the "Company") have discussed with the management and the legal advisors for the Company the business and financial condition of the Company, the results of operations, indebtedness, liabilities and liquidity, as well as the impact of each of the foregoing on the Company;

**WHEREAS**, the undersigned Shareholders have reviewed, considered, and received recommendations from the management and the legal advisors to the Company as to the relative risks and benefits of certain strategic alternatives available to the Company due to its strained liquidity, including seeking a purchaser for its assets and/or pursuing a bankruptcy under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code");

**WHEREAS**, the undersigned Shareholders hereby consent, pursuant to the Company Bylaws and other relevant organizational documents, as applicable, to the taking of the following actions and the adoption of the following resolutions without a meeting and agree that such actions and resolutions shall have the same force and effect as though taken and adopted at a meeting duly called and legally held.

**NOW THEREFORE, BE IT:**

### CESSATION OF OPERATIONS

**RESOLVED**, that, in the judgment of the Shareholders, after consultation with the management and the legal advisors of the Company, that based on constraints on the Company's liquidity and loss of customers flowing from a security incident which occurred on or around February 26, 2024, it is desirable and in the best interest of the Company and the Company's respective creditors, stockholders, members, and other parties in interest that the Company cease doing business and institute an orderly wind down its operations; and it is

**FURTHER RESOLVED**, that as part of the cessation of operations the Company shall take such actions as are necessary, required, appropriate or needed in order to surrender certain business licenses, certificates of authority, registrations, authorizations, exemptions, and business certificates (collectively, the "Licenses") as identified on Schedule 1 hereto; and it is

**FURTHER RESOLVED**, that Joseph Neary, Jr, Henry C. Stoughton, Amy Stratz and Michael Sacco (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them hereby is, acting singly or in any combination, authorized, empowered, and directed, in the name of the Company (i) to execute any documents required to cease operations and commence an orderly wind down of the Company; (ii) to surrender the Licenses; and (iii) take any and all other action(s) consistent with these resolutions; and it is

1

51450268.2

## COMMENCEMENT OF BANKRUPTCY CASE

**FURTHER RESOLVED**, that in the judgment of the Shareholders, after consultation with the management and the legal advisors to the Company, that it is desirable and in the best interests of the Company and the Company's respective creditors, stockholders, members and other parties in interest that the Company commence a bankruptcy proceeding (a "Bankruptcy") by filing a voluntary petition (the "Petition") for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"); and it is

**FURTHER RESOLVED**, that the form, terms, provisions of, the execution, delivery and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and hereby are, authorized, approved, and adopted in all respects and the Authorized Officers be, and each of them hereby is, acting singly or in any combination, authorized, empowered, and directed, in the name of and on behalf of the Company, (i) to execute and verify the Petition and all documents ancillary thereto, to cause such Bankruptcy and the Petition to be filed in the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modification to such Petition or ancillary documents and (ii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, advisable, or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as the Authorized Officers executing the same shall approve, the taking or execution thereof by the Authorized Officers being conclusive evidence of the approval thereof by the Authorized Officers and the Company; and it is

**FURTHER RESOLVED**, that in connection with the cessation of operations and the filing of the Bankruptcy, any Authorized Officer, in each case, acting singly or in any combination, be, and each hereby is, authorized, empowered, and directed with the full power of delegation, in the name of and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, other professionals, and former employees possessing such knowledge, skills or utility specific to the Company which such Authorized Officer deems necessary, appropriate, advisable, or desirable in connection with the actions directed by the resolutions herein and the transactions contemplated herein (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and it is

## GENERAL AUTHORIZATION AND RATIFICATION

**FURTHER RESOLVED**, that all documents, agreements, and instruments executed and delivered, and any and all acts, actions, and transactions relating to the matters contemplated by the resolutions herein done in the name of and on behalf of the Company, which acts would have been approved by the resolutions herein except that such actions were taken before these resolutions were approved and adopted, are hereby in all respects approved and ratified; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to perform the obligations of such Company under the Bankruptcy Code or any other rule or regulation, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and

2

51450268.2

documents to be executed and delivered in such form, as Authorized Officers performing or executing the same shall approve, the taking or execution thereof by the Authorized Officers being conclusive evidence of the approval thereof by the Authorized Officers and the Company; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of the Authorized Officers, shall be necessary, appropriate, advisable, or desirable to prosecute and effectuate the liquidation of the Company's debts, other obligations, organizational form and structure, and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of which the foregoing resolutions, and the transactions contemplated by these resolutions, the authority thereunto to be evidenced by the taking of such actions; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as the Authorized Officer may determine to be necessary, appropriate, advisable, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Officers shall approve, the taking or execution thereof by the Authorized Officers being conclusive evidence of the approval thereof by the Authorized Officers and the Company; and it is

**FURTHER RESOLVED**, that these resolutions are to be placed in the official records of the Company to document the actions set forth herein as actions taken by the undersigned, and it is

**FURTHER RESOLVED**, that facsimile, photostatic, or other electronic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as originals.

*[Signature Page Follows]*

3

51450268.2

IN WITNESS WHEREOF, the undersigned, constituting the Shareholders of the Company, have executed and delivered this Written Consent effective as of the date first set forth above,

**SHAREHOLDERS:**

| | |
|---|---|
| _[signature]_ | _____ |
| Joseph Neary, Sr | Amy Stratz |
| | |
| _____ | _____ |
| Joseph Neary, Jr | Suzanne Sacco |
| | |
| _____ | _____ |
| Joanne Neary | Christine Coyle |

4

51450268.2

**IN WITNESS WHEREOF,** the undersigned, constituting the Shareholders of the Company, have executed and delivered this Written Consent effective as of the date first set forth above,

**SHAREHOLDERS:**

_____          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Joseph Neary, Sr


_____          _____
Joseph Neary, Jr                                    Suzanne Sacco


_____          _____
Joanne Neary                                        Christine Coyle

4

51450268.2

      **IN WITNESS WHEREOF,** the undersigned, constituting the Shareholders of the Company, have executed and delivered this Written Consent effective as of the date first set forth above,

**SHAREHOLDERS:**

_____      *Amy Stratz*
Joseph Neary, Sr                                      Amy Stratz

_____      _____
Joseph Neary, Jr                                      Suzanne Sacco

_____      _____
Joanne Neary                                         Christine Coyle

**IN WITNESS WHEREOF,** the undersigned, constituting the Shareholders of the Company, have executed and delivered this Written Consent effective as of the date first set forth above,

☐
**SHAREHOLDERS:**

_____
Joseph Neary, Sr

_____
Joseph Neary, Jr

_____
Joanne Neary

_____
Amy Stratz

_____
Suzanne Sacco

_____
Christine Coyle

IN WITNESS WHEREOF, the undersigned, constituting the Shareholders of the Company, have executed and delivered this Written Consent effective as of the date first set forth above.

**SHAREHOLDERS:**

_____
Joseph Neary, Sr

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

_____
Joseph Neary, Jr

_____
Suzanne Sacco

_____
Joanne Neary

*Christine Coyle*
_____
Christine Coyle

4

51450268.2

**IN WITNESS WHEREOF,** the undersigned, constituting the Shareholders of the Company, have executed and delivered this Written Consent effective as of the date first set forth above,

**SHAREHOLDERS:**

_____          _____
Joseph Neary, Sr                                      [redacted]

_____          _____
Joseph Neary, Jr                                      Suzanne Sacco

*/s/ Joanne Neary*
_____          _____
Joanne Neary                                          Christine Coyle

4

## SCHEDULE 1

[Agency Collection License Matrix]

51450268.2

| State | Licenses, Registrations, Etc. | License Number |
|---|---|---|
| ALABAMA | CERTIFICATE OF AUTHORITY | |
| ALASKA | EXEMPT DIE TO NO CLIENTS & ACTIVITES LIMITED TO COLLECTIONS | |
| ARIZONA | LICENSE | CA-0904558 |
| ARKANSAS | LICENSE | 4697 |
| BOSTON | BUSINESS CERTIFICATE | |
| BUFFALO, NY | LICENSE | 193993 |
| CALIFORNIA | LICENSE | |
| COLORADO | LICENSE | 992643 |
| CONNECTICUT | LICENSE | 284 |
| DELAWARE | LICENSE | 1997117331 |
| DIST OF COLUMBIA | GENERAL BUSINESS LICENSE | 4.00317E+11 |
| FLORIDA | REGISTRATION | CCA0900484 |
| GEORGIA | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| HAWAII | Exempt Collection Agency | COLAX-904 |
| IDAHO | LICENSE | CCA-3488 |
| ILLINOIS | LICENSE | 17.021763 |
| INDIANA | LICENSE | 9568 |
| IOWA | REGISTRATION | |
| KANSAS | CERTIFICATE OF AUTHORITY | 4838553 |
| KENTUCKY | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| LOUISIANA | COLLECTION AGENCY REGISTRATION | |
| MAINE | LICENSE | DCL-5805 |
| MARYLAND | LICENSE | 1058 |
| MASSACHUSETTS | LICENSE | DC0800 |
| MICHIGAN | LICENSE | 2401002310 |
| MINNESOTA | LICENSE | CA-20084283 |
| MISSISSIPPI | CERTIFICATE OF AUTHORITY | ID# 980663 |
| MISSOURI | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| MONTANA | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| NEBRASKA | LICENSE | 339 |
| NEVADA | LICENSE | CAD161221 |
| NEW HAMPSHIRE | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| NEW JERSEY | REGISTRATION-BOND | 15773 |
| NEW MEXICO | LICENSE | 722 |
| NEW YORK CITY | LICENSE | 2023684-DCA |
| NEW YORK STATE | CERTIFICATE OF AUTHORITY | |
| NORTH CAROLINA | LICENSE | 4036 |
| NORTH DAKOTA | LICENSE | CA-100346 |
| OHIO | CERTIFICATE OF AUTHORITY | 1376724 |
| OKLAHOMA | CERTIFICATE OF AUTHORITY--FICTITIOUS NAME | |
| OREGON | REGISTRATION | CA-48779 |
| PENNSYLVANIA | COLLECTOR REPOSSESSOR LICENSE | 28676 |
| PUERTO RICO | LICENSE | SJ-12353-AC |
| RHODE ISLAND | REGISTRATION | 200824558DC |
| SOUTH CAROLINA | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| SOUTH DAKOTA | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| TENNESSEE | LICENSE | 528 |
| TEXAS | BOND AND FOREIGN FOR PROFIT CORP | |
| UTAH | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| UTAH | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| VERMONT | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| VIRGINIA | CERT OF AUTHORITY | |
| WASHINGTON | LICENSE | 601864304 |
| WEST VIRGINIA | REGISTRATION | 1014-4587 |
| WISCONSIN | EXEMPT DUE TO CONDUCTS BUSINESS VIA INTERSTATE COMMUNCIATIONS | |
| WYOMING | LICENSE | 205 |
| CHICAGO | LICENSE | 2264060 |
| YONKERS | License | 9501 |