**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Financial Business and Consumer Solutions, Inc.**

Debtor(s)

Case No.

Chapter   **7**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Financial Business and Consumer Solutions, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**8/29/2024**

Date

*Kymberly Kochis*

**Kymberly Kochis Esq.**
Signature of Attorney or Litigant
Counsel for   **Financial Business and Consumer Solutions, Inc.**
**Eversheds Sutherland (US) LLP**
**1114 Avenue of the Americas**
**40th Floor**
**New York, NY 10036-7703**
**212-389-5000**
**kymberlykochis@eversheds-sutherland.com**