**Fill in this information to identify the case:**

Debtor name **Financial Business and Consumer Solutions, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,676.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | **Operating Account** | **6217** | **$132,386.00** |
| 3.2. | **Bank of America** | **Operating Account** | **0282** | **$19,807.00** |
| 3.3. | **Citizens Bank** | **Money Market** | **5201** | **$1,633,106.00** |
| 3.4. | **TD Bank** | **Money Market** | **5339** | **$21,998.00** |
| 3.5. | **TD Bank** | **Operating Account** | **5438** | **$634.00** |
| 3.6. | **TD Bank** | **Operating Account** | **5642** | **$217.00** |

Debtor    **Financial Business and Consumer Solutions, Inc.**                Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | Univest Bank and Trust Co. | Small Business Checking | 3052 | $1,533.00 |
| 3.8. | Citizens Bank | Payroll Account | 6209 | $921.00 |
| 3.9. | Citizens Bank | Operating Account | 8508 | $72.00 |
| 3.10. | Citizens Bank | Operating Account | 7946 | $847.00 |
| 3.11. | Citizens Bank | Absolute Resolutions Trust Account | 9969 | $50.00 |
| 3.12. | Citizens Bank | Cascade Capital LLC Trust Account | 0614 | $50.00 |
| 3.13. | Citizens Bank | Branch Banking & Trust Co. Trust Account | 8677 | $50.00 |
| 3.14. | Citizens Bank | Career Education Corp. Trust Account | 4191 | $50.00 |
| 3.15. | Citizens Bank | American First Finance Trust Account | 5614 | $50.00 |
| 3.16. | Citizens Bank | Cavalry Portfolio Services Trust Account | 2438 | $50.00 |
| 3.17. | Citizens Bank | Client Remittance Trust Account | 7567 | $500.00 |
| 3.18. | Citizens Bank | Credit Card Clearing Trust Account | 8548 | $10,496.00 |
| 3.19. | Citizens Bank | Denali Capital LLC Trust Account | 3480 | $50.00 |
| 3.20. | Citizens Bank | Exeter Finance Trust Account | 5367 | $50.00 |

| Debtor | **Financial Business and Consumer Solutions, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.21. | **Citizens Bank** | **First Financial Trust Account** | **4019** | **$50.00** |
|---|---|---|---|---|
| 3.22. | **Citizens Bank** | **North Carolina Trust Account** | **8057** | **$200.00** |
| 3.23. | **Citizens Bank** | **Citizens General Trust Account** | **3496** | **$48,892.00** |
| 3.24. | **Citizens Bank** | **BOA General Trust Account** | **0295** | **$196.00** |
| 3.25. | **Citizens Bank** | **Harvest Strategy Group Trust Account** | **9004** | **$50.00** |
| 3.26. | **Citizens Bank** | **Nexus Trust Account** | **3910** | **$50.00** |
| 3.27. | **Citizens Bank** | **NCB Management Trust Account** | **4813** | **$50.00** |
| 3.28. | **Bank of America** | **Nevada General Trust Account** | **5350** | **$5,100.00** |
| 3.29. | **Citizens Bank** | **PNC Bank Trust Account** | **4107** | **$50.00** |
| 3.30. | **Citizens Bank** | **Regional Acceptance Trust Account** | **4467** | **$50.00** |
| 3.31. | **Citizens Bank** | **Spring Oaks Capital Trust Account** | **4402** | **$50.00** |
| 3.32. | **Citizens Bank** | **TERI Loan Holdings Trust Account** | **3684** | **$50.00** |
| 3.33. | **Citizens Bank** | **Transworld Systems Trust Account** | **1264** | **$4,132.00** |
| 3.34. | **Citizens Bank** | **U.S. Bank Trust Account** | **6282** | **$500.00** |

Debtor  **Financial Business and Consumer Solutions, Inc.**                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 3.35. | **Citizens Bank** | **Vivint Trust Account** | **5387** | **$50.00** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Cogent 12 Month CD** | **$258,260.00** |

5.    **Total of Part 1.**                                    | **$2,142,323.00** |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Hatboro, PA Office Security Deposit** | **$19,284.86** |
| 7.2. | **Previous office lease security deposit (lease expired 6/30/2024)**<br>**Office location: 3802 Corporex Park Drive, Suite 160, Tampa, FL 33619**<br>**Deposit held by Eastpointe Tampa Property (C/O Ciminelli Real Estate Services)** | **$4,541.79** |
| 7.3. | **ACH Reserve in Trust - Hawk Parent Holdings LLC**<br>**M&A Ventures, LLC dba RePay**<br>**3 W Paces Ferry Road**<br>**Suite 200**<br>**Atlanta, GA 30305** | **$40,000.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Teligent Solutions - Hosted Access Control System for Hatboro, PA office (6/30/2024**<br>**through 6/30/2025)** | **Unknown** |
| 8.2. | **Jacksonville Storage Unit - 6 months prepaid (4/10/24 through 10/10/24) + $5000**<br>**insurance coverage** | **Unknown** |
| 8.3. | **6 months advance payment to The Scarlett Group for 6 months of service (MSP**<br>**Provider - Office 365, Datto Back Up Storage, Senteninel One) (Paid on 8/16/2024)** | **$33,037.56** |
| 8.4. | **Independence Blue Cross**<br>**Prepayment against estimated Sept. 2024 invoice ($9,347.60)**<br>**Estimated credits due for premium cancellation and adjustments against billed**<br>**premiums for August ($1,730.55)**<br>**Overpayment for August 2024 Invoice ($148.96)** | **$11,227.11** |

Debtor   **Financial Business and Consumer Solutions, Inc.**                    Case number *(If known)* _____
         <sub>Name</sub>

| | | |
|---|---|---:|
| 8.5. | **United Concordia Overpayment for Aug. 2024 invoice after applying credit for duplicate May 2024 payment** | **$275.94** |
| 8.6. | **Cornerstone Licensing Services - Prepayment for any amounts which may be owed to licensing/ regulatory authorities as part of license surrender/ withdrawal process** | **$170.00** |
| 8.7. | **Prepayment for 2024 Connecticut State Taxes** | **$36.00** |
| 8.8. | **Prepayment for 2024 Illinois State Taxes** | **$10.00** |
| 8.9. | **Prepayment for 2024 New Jersey State Taxes** | **$750.00** |
| 8.10. | **Prepayment for 2024 New York City Taxes** | **$25.00** |
| 8.11. | **Prepayment for 2024 Tenneessee State Taxes** | **$10.00** |

9.   **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          **$109,368.26**

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:        **11,051.29**  -        **0.00**  = ....      **$11,051.29**
                                 <sub>face amount</sub>              <sub>doubtful or uncollectible accounts</sub>

11b. Over 90 days old:           **77,823.27**  -        **0.00**  = ....      **$77,823.27**
                                 <sub>face amount</sub>              <sub>doubtful or uncollectible accounts</sub>

12.      **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$88,874.56**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number *(If known)* |
|--------|-----------------------------------------------------|--------------------------|
|        | Name                                                |                          |

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** <br> **Misc. Office Decor** | **Unknown** | **N/A** | **Unknown** |
| **See Attachment A - Furniture Assets** | **Unknown** | **N/A** | **$15,465.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **See Attachment B - TierPoint Office & Computer Equipment schedule (offsite)** | **Unknown** | **N/A** | **$18,850.00** |
| **See Atttachment C - Hatboro, PA Office and Computer Equipment** | **Unknown** | **N/A** | **$17,075.00** |
| **See Attachment D - Computer Equipment stored in Jacksonville, FL Storage Unit** | **Unknown** | **N/A** | **$3,925.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles <br> 42.1.  **Various Industry Awards** | **Unknown** | **N/A** | **$1.00** |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$55,316.00** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

□ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

□ Yes Fill in the information below.

**Real property**

**54. Does the debtor own or lease any real property?**

□ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **330 S. Warminster Road, Suite 353, Hatboro, PA 19040** | **Leashold - Expires 6/30/2025** | **$0.00** | | **$0.00** |

**56.** **Total of Part 9.** | | | | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

□ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

□ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

□ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

Debtor    **Financial Business and Consumer Solutions, Inc.**    Case number *(If known)* _____
_____
Name

**fbcs-inc.com**
**fbcs-inc.net**
**fbcs-inc.online**
**Fbcshr.com**
**myfbcs.com**    **Unknown**    **N/A**    **Unknown**

---

| 62. | **Licenses, franchises, and royalties**<br>**See Attachment E - Licenses.  Surrender in**<br>**process on all licenses (Cornerstone)** | **Unknown** | **N/A** | **$0.00** |
|---|---|---|---|---|

---

| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer list** | **Unknown** | **N/A** | **$0.00** |
|---|---|---|---|---|

---

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of<br>debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | **Q1 Employee Retention Tax Credit (941)** | Tax year **2021** | **$807,466.80** |
| | **Federal Tax Refund** | Tax year **2023** | **$32,650.00** |

Debtor    **Financial Business and Consumer Solutions, Inc.**                Case number *(If known)* _____
Name

| possible Federal/State NOLs | Tax year **2024** | **Unknown** |
|---|---|---|
| **Alabama State Tax Refund** | Tax year **2023** | **$255.00** |
| **Arizona State Tax Refund** | Tax year **2023** | **$205.00** |
| **Arkansas State Tax Refund** | Tax year **2023** | **$357.00** |
| **California State Tax Refund** | Tax year **2023** | **$106.00** |
| **Colorado State Tax Refund** | Tax year **2023** | **$68.00** |
| **Delaware State Tax Refund** | Tax year **2023** | **$320.00** |
| **Florida State Tax Refund** | Tax year **2023** | **$2,040.00** |
| **Georgia State Tax Refund** | Tax year **2023** | **$78.00** |
| **Idaho State Tax Refund** | Tax year **2023** | **$96.00** |
| **Illinois State Tax Refund** | Tax year **2023** | **$293.00** |
| **Indiana State Tax Refund** | Tax year **2023** | **$280.00** |
| **Iowa State Tax Refund** | Tax year **2023** | **$84.00** |
| **Kansas State Tax Refund** | Tax year **2023** | **$96.00** |
| **Maine State Tax Refund** | Tax year **2023** | **$76.00** |
| **Maryland State Tax Refund** | Tax year **2023** | **$68.00** |

Debtor    **Financial Business and Consumer Solutions, Inc.**                    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **Massachusetts State Tax Refund** | Tax year **2023** | $144.00 |
| **Mississippi State Tax Refund** | Tax year **2023** | $68.00 |
| **Missouri State Tax Refund** | Tax year **2023** | $260.00 |
| **Nebraska State Tax Refund** | Tax year **2023** | $43.00 |
| **New Mexico State Tax Refund** | Tax year **2023** | $80.00 |
| **New York State Tax Refund** | Tax year **2023** | $89.00 |
| **New York City Tax Refund** | Tax year **2023** | $439.00 |
| **North Carolina State Tax Refund** | Tax year **2023** | $1,425.00 |
| **Oklahoma State Tax Refund** | Tax year **2023** | $42.00 |
| **Oregon State Tax Refund** | Tax year **2023** | $128.00 |
| **Pennsylvania State Tax Refund** | Tax year **2023** | $7,924.00 |
| **South Carolina State Tax Refund** | Tax year **2023** | $91.00 |
| **Tenneesee State Tax Refund** | Tax year **2023** | $110.00 |
| **Texas State Tax Refund** | Tax year **2023** | $163.00 |
| **Utah State Tax Refund** | Tax year **2023** | $1,331.00 |
| **Virginia State Tax Refund** | Tax year **2023** | $459.00 |

Debtor    **Financial Business and Consumer Solutions, Inc.**                    Case number *(If known)* _____
          <sub>Name</sub>

73.  **Interests in insurance policies or annuities**
     **Errors and Omissions Policy - Bridgeway Insurance**
     **Company - 2/1/2024 through 3/1/2025 - $5 million policy**
     **limit**                                                                      **Unknown**

     **Cyber Liability Policy - Travelers - 2/1/2024 through**
     **2/1/2025 - $5 million policy limit**                                         **Unknown**

     **Excess Coverage Cyber Liability Policy  Crum & Forster**
     **- 2/1/2024 through 2/1/2025 - $5 million policy limit**                      **Unknown**

     **Commercial Crime Policy - QBE Insurance Corporation**
     **Employee Dishonesty, Theft  2/1/2024 through 2/1/2025 -**
     **$2 million policy limit**
     **Commercial Crime Policy - US Bank, special sublimit -**
     **$5 million**                                                                 **Unknown**

     **General Liabillity Policy -The Hartford -  4/1/2024**
     **through 4/1/2025 - various policy coverage amounts**
     **General Liability  $1,000,000**
     **Fire Legal Liability  $300,000**
     **Medical Expense  $10,000**
     **property (per location)  see policy**
     **General - aggregate   $3,000,000**
     **Products - aggregate   $3,000,000**
     **Combined Single Limit  $1,000,000**
     **Employee Benefits  $1,000,000   $3,000,000**
     **retro date/limit 04/01/2005**
     **Hired/Non-owned Autos $1,000,000   $1,000,000**                              **Unknown**

     **Umbrella Coverage -The Hartford - 4/1/2024 through**
     **3/31/2025 - $5 million policy limit**                                        **Unknown**

74.  **Causes of action against third parties (whether or not a lawsuit**
     **has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of**
     **every nature, including counterclaims of the debtor and rights to**
     **set off claims**
     **Potential third party indemnification claim in the Sharon**
     **Bauer litigation**                                                           **Unknown**
     **Nature of claim**            **Third Party Claim**
     **Amount requested**                          **$0.00**

     **Potential third party indemnification claim in the Tracey**
     **Harris litigation**                                                          **Unknown**
     **Nature of claim**            **Third Party Claim**
     **Amount requested**                          **$0.00**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

Debtor    **Financial Business and Consumer Solutions, Inc.**    Case number *(If known)* _____
          Name

**Insurance Reimbursement owed to FBCS under Cyber
Policy for defense costs and extra expenses paid
direclty by FBCS**                                                                      $88,627.00

**Advance retainer for defense costs (held by Baker
Hostetler)
See Attachment F**                                                                      $5,000.00

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $950,961.80 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Financial Business and Consumer Solutions, Inc.**                 Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,142,323.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $109,368.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $88,874.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $55,316.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $950,961.80 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,346,843.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,346,843.62 |

In re    **FBCS, Inc.**                                                   Case No. _____

_____
Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A - Furniture Assets

| Equipment Name | # of | single | Total |
|---|---|---|---|
| Chairs (Computer) | 105 | $20.00 | $2,100.00 |
| Chairs (Other) | 83 | $20.00 | $1,660.00 |
| Desks | 28 | $100.00 | $2,800.00 |
| Cubicles | 80 | $50.00 | $4,000.00 |
| File Cabinets | 43 | $20.00 | $860.00 |
| Computer speakers | 6 | $10.00 | $60.00 |
| Computer Cameras | 10 | $10.00 | $100.00 |
| Printers | 5 | $50.00 | $250.00 |
| Refrigerator | 4 | $50.00 | $200.00 |
| microwave | 2 | $25.00 | $50.00 |
| Coffee Machine | 2 | $25.00 | $50.00 |
| Scanners | 4 | $25.00 | $100.00 |
| Mail  Machines | 3 | leases | $0.00 |
| High Chairs | 3 | $20.00 | $60.00 |
| TV's | 5 | $50.00 | $250.00 |
| Fans | 3 | $10.00 | $30.00 |
| Trash can | 35 | $5.00 | $175.00 |
| Conference Room Chairs | 8 | $50.00 | $400.00 |
| Conference Room Table | 1 | $500.00 | $500.00 |
| Tables | 7 | $50.00 | $350.00 |
| Secretary Front Desk | 1 | $500.00 | $500.00 |
| Interview Desk | 1 | $50.00 | $50.00 |
| End Tables in Lobby | 2 | $10.00 | $20.00 |
| Cell phones (see below) | 18 | $50.00 | $900.00 |
| Client Files (to be destroyed) | 133 boxes | $0 | $0 |
|  |  |  |  |
| Total |  |  | $15,465.00 |

Cell Phone Inventory

| Type of Cell Phone | Number |
|---|---|
| iPhone 5 | 6 |
| iPhone 7 | 1 |
| iPhone 8 | 1 |
| iPhone 10 max | 1 |
| iPhone 11/13 | 4 |
| iPhone 10 | 5 |

In re  **FBCS, Inc.** _____      Case No. _____

                                    Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment B - TierPoint Office & Computer Equipment

| Equipment Name | # of | single | Total |
|---|---|---|---|
| Computer Tower | 3 | $50.00 | $150.00 |
| SMA | 1 | $600.00 | $600.00 |
| Switches | 2 | $50.00 | $100.00 |
| Firewalls | 2 | $1,500.00 | $3,000.00 |
| Servers | 10 | $1,500.00 | $15,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| | | **TOTAL:** | **$18,850.00** |

In re   **FBCS, Inc.**                                                Case No. _____

_____

Debtor(s)

**SCHEDULE A/B - PROPERTY**
**Attachment C - Hatboro, PA Office & Computer Equipment**

| Equipment Name | # of | single | Total |
|---|---|---|---|
| Computer Tower | 102 | $50.00 | $5,100.00 |
| Monitor | 134 | $20.00 | $2,680.00 |
| Keyboard | 100 | $5.00 | $500.00 |
| Mice | 84 | $5.00 | $420.00 |
| Headsets | 50 | $10.00 | $500.00 |
| Switches | 6 | $50.00 | $300.00 |
| Firewalls | 2 | $1,500.00 | $3,000.00 |
| Server | 2 | $1,500.00 | $3,000.00 |
| Laptops | 12 | $75.00 | $900.00 |
| Ethernet Cable | 100 | $5.00 | $500.00 |
| HDMI Cable | 35 | $5.00 | $175.00 |
| Server (Decommissioned, subject to Litigation Hold) | 6 | $0.00 | $0.00 |
| Leased: | | | |
| Printers | 2 | N/A | N/A |
| Office Phones | 30 | N/A | N/A |
| Star2Star Routers | 4 | N/A | N/A |
| | | | |
| | | | |
| | | **TOTAL:** | **$17,075.00** |

In re    **FBCS, Inc.** _____    Case No. _____
                                 Debtor(s)

## **SCHEDULE A/B - PROPERTY**
### **Attachment D - Jacksonville Storage Unit**

| Equipment Name | # of | single | Total |
|---|---|---|---|
| Large Dell Computers | 21 | $50.00 | $1,050.00 |
| monitors  various sizes | 17 | $20.00 | $340.00 |
| power strips | 10 | $5.00 | $50.00 |
| computer mouse | 25 | $5.00 | $125.00 |
| keyboards | 22 | $5.00 | $110.00 |
| headsets | 25 | $10.00 | $250.00 |
| switches | 8 | $50.00 | $400.00 |
| fire walls | 2 | $100.00 | $200.00 |
| battery backups | 2 | $200.00 | $400.00 |
| ethernet cables  various sizes | 75 | $5.00 | $375.00 |
| video display cables various sizes | 75 | $5.00 | $375.00 |
| power supply cords | 50 | $5.00 | $250.00 |
|  |  |  |  |
|  |  |  |  |
| leased printer |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | | **TOTAL:** | **$3,925.00** |

In re __FBCS, Inc._____     Case No. _____

Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment E - Licenses

| State | Licenses, Registrations, Etc. | License Number |
|---|---|---|
| ALABAMA | CERTIFICATE OF AUTHORITY | |
| ALASKA | EXEMPT DIE TO NO CLIENTS & ACTIVITIES LIMITED TO COLLECTIONS | |
| ARIZONA | LICENSE | CA-0904558 |
| ARKANSAS | LICENSE | 4697 |
| BOSTON | BUSINESS CERTIFICATE | |
| BUFFALO, NY | LICENSE | 193993 |
| CALIFORNIA | LICENSE | |
| COLORADO | LICENSE | 992643 |
| CONNECTICUT | LICENSE | 284 |
| DELAWARE | LICENSE | 1997117331 |
| DIST OF COLUMBIA | GENERAL BUSINESS LICENSE | 4.00317E+11 |
| FLORIDA | REGISTRATION | CCA0900484 |
| GEORGIA | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| HAWAII | Exempt Collection Agency | COLAX-904 |
| IDAHO | LICENSE | CCA-3488 |
| ILLINOIS | LICENSE | 17.021763 |
| INDIANA | LICENSE | 9568 |
| IOWA | REGISTRATION | |
| KANSAS | CERTIFICATE OF AUTHORITY | 4838553 |
| KENTUCKY | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| LOUISIANA | COLLECTION AGENCY REGISTRATION | |
| MAINE | LICENSE | DCL-5805 |
| MARYLAND | LICENSE | 1058 |
| MASSACHUSETTS | LICENSE | DC0800 |
| MICHIGAN | LICENSE | 2401002310 |
| MINNESOTA | LICENSE | CA-20084283 |
| MISSISSIPPI | CERTIFICATE OF AUTHORITY | ID# 980663 |
| MISSOURI | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| MONTANA | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| NEBRASKA | LICENSE | 339 |
| NEVADA | LICENSE | CAD161221 |
| NEW HAMPSHIRE | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| NEW JERSEY | REGISTRATION-BOND | 15773 |
| NEW MEXICO | LICENSE | 722 |
| NEW YORK CITY | LICENSE | 2023684-DCA |
| NEW YORK STATE | CERTIFICATE OF AUTHORITY | |
| NORTH CAROLINA | LICENSE | 4036 |

| | | |
|---|---|---|
| **NORTH DAKOTA** | LICENSE | CA-100346 |
| **OHIO** | CERTIFICATE OF AUTHORITY | 1376724 |
| **OKLAHOMA** | CERTIFICATE OF AUTHORITY--FICTITIOUS NAME | |
| **OREGON** | REGISTRATION | CA-48779 |
| **PENNSYLVANIA** | COLLECTOR REPOSSESSOR LICENSE | 28676 |
| **PUERTO RICO** | LICENSE | SJ-12353-AC |
| **RHODE ISLAND** | REGISTRATION | 200824558DC |
| **SOUTH CAROLINA** | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| **SOUTH DAKOTA** | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| **TENNESSEE** | LICENSE | 528 |
| **TEXAS** | BOND AND FOREIGN FOR PROFIT CORP | |
| **UTAH** | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| **UTAH** | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| **VERMONT** | STATE DOES NOT LICENSE OR REGULATE COLLECTION AGENCIES | |
| **VIRGINIA** | CERT OF AUTHORITY | |
| **WASHINGTON** | LICENSE | 601864304 |
| **WEST VIRGINIA** | REGISTRATION | 1014-4587 |
| **WISCONSIN** | EXEMPT DUE TO CONDUCTS BUSINESS VIA INTERSTATE COMMUNICATIONS | |
| **WYOMING** | LICENSE | 205 |
| **CHICAGO** | LICENSE | 2264060 |
| **YONKERS** | License | 9501 |

**\*Some surrenders/ terminations may have been processed prior to Petition Date.**

# FBCS Schedules Attachment F

**FBCS, Inc.**

**Transaction List by Vendor BakerHostetler**

| Type | Date | Num | Memo | Account | Paid | Debit | Credit | |
|------|------|-----|------|---------|------|-------|--------|---|
| **BakerHostetler** | | | | | | | | |
| Bill Pmt -Check | 08/09/2024 | ACH 8/09 | 14541/132004/00001 | 102217 · Citizens - Operating 217 | Paid | | 36,926.92 | applied to defense costs |
| Bill Pmt -Check | 08/15/2024 | ACH 8/15 | 14541/132004/00001 | 102217 · Citizens - Operating 217 | Paid | | 42,141.52 | applied to defense costs |
| Bill Pmt -Check | 08/15/2024 | ACH 8/15 | 14541/132004/00001 | 102217 · Citizens - Operating 217 | Paid | | 9,490.50 | applied to defense costs |
| Bill Pmt -Check | 08/23/2024 | ACH 8/23 | 14541/132004/00001 | 102217 · Citizens - Operating 217 | Paid | | 25,269.50 | applied to defense costs |
| Bill Pmt -Check | 08/27/2024 | ACH 8/27 | 14541/132004/00001 | 102217 · Citizens - Operating 217 | Paid | | 4,723.00 | applied to defense costs |
| Bill Pmt -Check | 08/27/2024 | ACH 8/27 | 14541/132004/00001 | 102217 · Citizens - Operating 217 | Paid | | 5,000.00 | advance retainer defense costs, |

**Fill in this information to identify the case:**

Debtor name    **Financial Business and Consumer Solutions, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   VV330 LLC**<br>Creditor's Name<br><br>**Attn: Zachary Moore**<br>**1 Belmont Avenue**<br>**Suite 520**<br>**Bala Cynwyd, PA 19004**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Hatboro, PA Office Security Deposit**<br><br><br><br>Describe the lien<br>**Common Law Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$19,284.86** |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Financial Business and Consumer Solutions, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Absolute Resolutions**
**Attn: Todd Anderson & Naomi Moore**
**8000 Norman Center Drive, Suite 350**
**Bloomington, MN 55437**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Access Group**
**Attn: Debbie Swartz**
**10 North High Street, Suite 400**
**West Chester, PA 19380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Activtrak**
**1301 S. Mopac Expy**
**Unit LL25**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adobe**
**345 Park Avenue**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**AFC American Family Care**
**182 C Sea Island Parkway**
**Ladys Island, SC 29907**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AFLAC**
**PO Box 535178**
**Pittsburgh, PA 15253**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4V91**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,820.18**

**Agility Recovery Solutions**
**1225 17th Street**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8490**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ahdoot and Wolfson**
**2600 W OLIVE AVENUE**
**Suite 500**
**Burbank, CA 91505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class Action Plaintiff Counsel**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AireSpring**
**7800 Woodley Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AK Dept of Commerce**
**Div of Occupational Licensing**
**Collection Agencies/ Operators**
**PO Box 110806**
**Juneau, AK 99811-0806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Licensing Authority**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AL Dept. of Revenue, Sales, & Use**
**Severance & License Section**
**PO Box 327550**
**Montgomery, AL 36132-7550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Licensing Authority**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Financial Business and Consumer Solutions, Inc.**                Case number (if known) _____
         Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Allgate**
**Attn: Irwin Berstein**
**820 Davis**
**Suite 453**
**Evanston, IL 60201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Almeida Law Group LLC**
**849 W. Webster Ave**
**Chicago, IL 60614**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation - Class Action Plaintiff Counsel**
**Taleyia Williams v. Financial Business and Consumer Solutions, Inc.,**
**No. 2:24-cv-02642-NIQA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**American First Finance**
**Attn: Stacie Ford**
**8585 N Stemmons Freeway, Suite N 1000**
**Dallas, TX 75247**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Amplify HR Management**
**1033 Skikie Blvd**
**Suite 430**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ann Nakamura**
**Dept. of Consumer & Bus. Services**
**Div. of Finance & Corp. Securities**
**350 Winter St. NE, Room 410**
**Salem, OR 97301-3881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Financial Business and Consumer Solutions, Inc.**

Case number (*if known*) _____

Name

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Anytime Fitness**
**Debt Recovery - Attn: Brian Kurowski**
**16893 Shamrock Road**
**PO Box 62**
**Crosslake, MN 56442**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Former Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ariba**
**3420 Hillview Avenue**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AT&T**
**208 S. Akard Street**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number  6067

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**BACP Dept.**
**City Hall**
**121 N. LaSalle Street**
**Room 800**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Licensing Authority

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Bailey Glasser**
**180 Swinderman Road**
**Suite 100**
**Wexford, PA 15090**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Class Action Plaintiff Counsel

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Baker Hostetler**
**127 Public Square**
**#2000**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Legal Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Bedard Law Group, P.C.**
**4855 River Green Parkway**
**Suite 310**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Legal services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Benefit Analysis, Inc.**
**PO Box 527**
**Nutley, NJ 07110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Better Business Bureau**
**Attn: Metro Washington/ Eastern Penn**
**1880 JFK Boulevard**
**Suite 1330**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **FBCS,5310**

Basis for the claim: **Licensing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Billing Tree/ Repay**
**PO Box 12449**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0425**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Borenstein & Associates, LLC**
**7200 Alton Way**
**Suite B180**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Borough of Hatboro**
**415 S. York Road**
**Hatboro, PA 19040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Local Tax Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Boston Portfolio Advisors**
**Attn: Jacob Brier**
**327 Plaza Real, Suite 320**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Indemnification**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Branding ARC**
**Attn: Adam Parks**
**1680 SW Saint Lucie West Blvd**
**Suite 209**
**Port Saint Lucie, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8766**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Financial Business and Consumer Solutions, Inc.**                    Case number (if known) _____
Name

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C4 Global Technologies**
**Attn: Gregory Cappa**
**219 Chesterfield Industrial Parkway**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California Secretary of State**
**1500 11th Street**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Call Miner**
**Attn: Kaya Farris**
**200 West Street**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cantor Novak Beaver & Pike, PC**
**41 University Drive**
**Suite 401**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cardworks Servicing**
**Attn: Bryan Olson**
**225 W Station Square Dr., Suite 4**
**Pittsburgh, PA 15219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Former Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carri Lybarker, Administrator**
**South Carolina Dept. of Consumer Affairs**
**3600 Forest Drive, 3rd Floor**
**PO Box 5757**
**Columbia, SC 29250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carson City Business License Div.**
**2621 Northgate Lane**
**Suite 62**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| | Name | | |

**3.39**

Nonpriority creditor's name and mailing address

**Cascade Capital**
**Attn: Mike Merz & Shaun Ertischek**
**1670 Corporate Cir, Suite 202**
**Petaluma, CA 94954**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.40**

Nonpriority creditor's name and mailing address

**Cavalry Portfolio Services, LLC**
**Attn: Bryan Snell & Anne Thomas**
**4050 E. Cotton Center Blvd,**
**Building 2, Suite 20**
**Phoenix, AZ 85040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.41**

Nonpriority creditor's name and mailing address

**CBA Infomation Services**
**Attn: Patricia Bowman**
**IV Executive Campus**
**Suite 200**
**Cherry Hill, NJ 08002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.42**

Nonpriority creditor's name and mailing address

**Century Link (aka Lumen Technologies)**
**100 Centurylink Drive**
**Monroe, LA 71203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.43**

Nonpriority creditor's name and mailing address

**Charles W. Turnbaugh, Comm of Fin. Reg**
**Maryland Collection Agency Licensing Bd**
**Commissioner of Financial Regulation**
**500 N. Calvert St. Suite 402**
**Baltimore, MD 21202-2272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.44**

Nonpriority creditor's name and mailing address

**Chicago Consumer Law Center, P.C.**
**650 Warrenville Road Suite 100**
**Lisle, IL 60532**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class Action Plaintiff Counsel**
**Cynthia Soto v. Financial Business and Consumer Solutions, Inc., No.**
**2:24-cv-2778-NIQA**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Financial Business and Consumer Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,595.00 |
|---|---|---|
| **Cision**<br>Attn: Accounts Receib<br>1785 Greensboro Station<br>8th Floor<br>McLean, VA 22102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/6/2024 | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  1536 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Citi Business Card**<br>PO Box 6235<br>Sioux Falls, SD 57117-6235 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Credit card purchases** | |
| Last 4 digits of account number  8700 | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Citizens Bank**<br>779 North Dupont Highway<br>Dover, DE 19901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **City of Buffalo Office of Licenses**<br>313 City Hall<br>Buffalo, NY 14202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Licensing Authority** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Collectors Insurance Agency**<br>3200 Courthouse Ln<br>Saint Paul, MN 55121-1585 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Comcast**<br>Attn: CXCO Contracts<br>One Comcast Center<br>1701 JFK Blvd<br>Philadelphia, PA 19103 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Former Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,124.98 |
|---|---|---|
| **Comcast Business**<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Complete Credit Solutions (CCS)**
Attn: Bill Edwards
2921 Brown Trail, Suite 100
Bedford, TX 76021

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Former Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comptroller of Maryland**
110 Carroll Street
Annapolis, MD 21411-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Taxing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Compumail**
Attn: Alissa Banks
4057 Port Chicago Highway
Suite 300
Concord, CA 94520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Connecticut Dept. of Banking**
Consumer Credit Division
260 Constitution Plaza
Hartford, CT 06103-1800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Licensing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Connection Business Solutions**
730 Milford Rd
Merrimack, NH 03054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cornerstone Licensing Services**
Cornerstone Support, Inc.
9755 Dogwood Road
Suite 150
Roswell, GA 30075

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CorpNet**
31416 Agoura Rd. Suite 118
Westlake Village, CA 91361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | | Case number (*if known*) | |
| | Name | | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporations Division**
**James C. Kirkpatrick State Info Center**
**PO Box 778**
**Jefferson City, MO 65102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Crown Castle Fiber, LLC**
**PO Box 28730**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __7987__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CSC**
**251 Little Falls Dr**
**Wilmington, DE 19808-1674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __9166__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CT Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __5101__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CW Nexus Credit Card Holding**
**Attn: Bryan Olson**
**101 Crossways Park Drive West**
**Woodbury, NY 11797**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Former Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Datto, Inc.**
**101 Merritt 7**
**7th Floor**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Davi'd Hill**
**davidh9579@icloud.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Litigation__
__Davi'd Hill v. Financial Business & Consumer Solutions, Inc., No.__
__CUM-DC-003911-24__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dell Marketing L.P.**
**Attn: Cesar Gini**
**One Dell Way**
**Round Rock, TX 78682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8006**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Denali Capital**
**Attn: Ryan Banda**
**2207 2nd Ave N**
**Birmingham, AL 35203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dept of Consumer & Regulatory Affairs**
**Business & Professional Licensing Admin.**
**941 North Capitol Street, N.E.**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Digital River**
**Attn: Melvin Desilva**
**10380 Bren Road West**
**Minnetonka, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Director, Financial Institutions Div.**
**Regulation & Licensing Dept.**
**2550 Cerrillos Road**
**Santa Fe, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DiverseFunding**
**Attn: General Counsel**
**2351 North Forest Road**
**Suite 110**
**Getzville, NY 14068**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DLL**
**De Lage Landen Financial Services, Inc.**
**PO BOX 41602**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **3855**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Financial Business and Consumer Solutions, Inc.**                Case number (if known) _____
 Name

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Donald B. Saxon**
**Office of Financial Regulation**
**200 E. Gaines Street**
**Tallahassee, FL 32399-0375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Donna Hancok, Interim Director**
**TN Coll. Serv. Bd. Dept of Comm. & Ins.**
**Davy Crockett Tower**
**500 James Robertsn Pkwy, 6th Floor**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**DSG**
**7324 Southwest Fwy**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**E-Oscar Web**
**Dept. 224501**
**PO Box 5500**
**Detroit, MI 48255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Edelson Lechtzin LLP**
**411 S. State Street**
**Suite N-3000**
**Newtown, MA 01894**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Action Plaintiff Counsel**
**Derrick Vines v. FBCS, Inc., No. 2:24-cv-2085-NQIA**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Elevation Capital**
**Attn: Scott Schambacher**
**1120 Glade Road**
**Suite 130**
**Colleyville, TX 76034**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Elizabeth Batchelor**
**1731 SW Bonaanza Street**
**Port St. Lucie, FL 34953**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Threatened Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Financial Business and Consumer Solutions, Inc.**                    Case number *(if known)* _____

Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ellzey & Associates, PLLC**
**1105 Milford Street**
**Houston, TX 77006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Plaintiff Counsel**
**Timothy Courtney v. FBCS, Inc., No. 2:24-cv-02153-KSM**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Emerald Business Supply**
**4807 Ashburner Street**
**Philadelphia, PA 19136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8597**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethen Ostroff Law**
**21 East 5th Avenue**
**Suite 102**
**Conshohocken, PA 19428**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Plaintiff Counsel**
**Timothy Courtney v. FBCS, Inc., No. 2:24-cv-02153-KSM**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Exeter Finance Corp**
**Attn: Bethany Slomski-Rangel**
**2250 W John Carpenter Freeway, Suite 100**
**Irving, TX 75063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Extra Space Storage**
**6611 South Point Parkway**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Federal Express**
**PO Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Federman & Sherwood**
**10205 North Pennsylvania Avenue**
**Oklahoma City, OK 73120**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Plaintiff Counsel**
**Griffin R. Wagner v. FBCS, Inc., No. 24-cv-02119-NIQA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**FedEx**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**FFAM**
**Attn: Daniel McCusker**
**3091 Governors Lake Drive, Suite 500**
**Norcross, GA 30071**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Indemnification**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Financial Enterprises Division**
**2910 N. 44th Street, Suite 310**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fine, Kaplan and Black, R.P.C**
**One South Broad Street, 23rd Floor**
**Philadelphia, PA 19107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Class Action Plaintiff Counsel**
**Taleyia Williams v. Financial Business and Consumer Solutions, Inc., No. 2:24-cv-02642-NIQA**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Finexus**
**1811 Bacon Street**
**San Diego, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Finkelstein, Blankinship, Frei-Pearson &**
**One North Broadway**
**Suite 900**
**White Plains, NY 10601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Class Action Plaintiff Counsel**
**Onieque Morgan v. FBCS, Inc., No. 2:24-cv-02163-NIQA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,284.00** |

**Fox Rothschild LLP**
**2000 Market Street**
**#2000**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Financial Business and Consumer Solutions, Inc.**
_____    Case number (if known) _____
          Name

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frost Echols LLC**
PO Box 12645
Rock Hill, SC 29731

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Professional Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Galaxy International Purchasing, LLC**
Attn: General Counsel
100 2nd Avenue South
Suite 306S
Saint Petersburg, FL 33701

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Genesys**
9550 Regency Square Blvd
Suite 1240
Jacksonville, FL 32225

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Georgia Secretary of State**
214 State Capitol
Atlanta, GA 30334

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Licensing Authority**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Go Daddy**
2155 E GoDaddy Way
Tempe, AZ 85284

Date(s) debt was incurred _

Last 4 digits of account number  **8333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goldenberg Schneider, LPA**
4445 Lake Forest Drive
Suite 490
Cincinnati, OH 45242

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class Action Plaintiff Counsel
Dana Kerr v. FBCS, Inc., No. 24-cv-2075-NQIA**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harvest**
Attn: Brad McCurnin
1776 Lincoln St, Suite 900
Denver, CO 80203

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Herrera Vargas
c/o Barhshay, Rizzo & Lopez, LLC
445 Broadhollow Road
Suite CL18
Melville, NY 11747

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number  **4124**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

IL. Dept. of Fin. & Prof. Regulation
Licesing & Testing Division
Professioanl Services Section
320 W. Washington Street, 3rd Floor
Springfield, IL 62786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Imagined.Cloud
101 Marketside Ave, Ste 404-412
Ponte Vedra, FL 32081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Independence Blue Cross
PO Box 8240
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

International Education Corporation
Attn: Legal Department
16485 Laguna Canyon Road
Suite 300
Irvine, CA 92618

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Intuit
2800 E. Commerce Center Place
Tucson, AZ 85706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

InvestiNet
Attn: General Counsel
910 Pinckney Street
Greenville
Greenville, SC 29609

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.108**

**Nonpriority creditor's name and mailing address**
**Iowa AG Office**
**Licensing & Admin Law Division**
**1305 E. Walnut**
**Hoover Building, Second Floor**
**Des Moines, IA 50319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Jacada P.C.**
**1024 K Street**
**Lincoln, NE 68508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
**Jefferson Capital Systems, LLC**
**Attn: Peter Williams**
**200 14th Ave E**
**Sartell, MN 56377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
**John Gale**
**Chairman, Collection Agency Board**
**State Capitol**
**Room 1305**
**Lincoln, NE 68509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112**

**Nonpriority creditor's name and mailing address**
**Kansas Secretary of State**
**First Floor, Memorial Hall**
**120 SW 10th Avenue**
**Topeka, KS 66612-1594**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**

**Nonpriority creditor's name and mailing address**
**Katie Mars**
**c/o The Litigation Practice Group**
**Attn: Richard J. Meier**
**17542 E 17th Street, Suite 100**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number  **0NJR**

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114**

**Nonpriority creditor's name and mailing address**
**Kaufman Dolowich, LLP**
**1650 Market Street**
**Suite 4800**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Financial Business and Consumer Solutions, Inc.**                    Case number (if known) _____
            Name

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kentucky Secretary of State
Filings Branch
700 Capital Avenue
Suite 152, State Capitol
Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**King Tech Repair
304 Hackensack St, Suite 1
Wood Ridge, NJ 07075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0099**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Kohl's Department Store
Attn: Shelly Votaw & Jon Wallgren
W165 N5830 Ridgewood Dr
Menomonee Falls, WI 53051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Indemnification**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Kristin Jeffers
c/o Ahren A. Tiller
1230 Columbia Street
Suite 1100
San Diego, CA 92101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number  **1011**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kristine M. Fournier, Prin. Examiner
Licensing Supervisor, NMLS Contact
Office of Consumer Credit Regulation
35 State House Station
Augusta, ME 04333-0035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lacerte (Intuit)
2700 Coast Avenue
Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Latitude - Genesis Cloud Services
PO Box 201005
Dallas, TX 75320-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Law Office of Boyd Gentry**
**4031 Colonel Glenn Highway**
**1st Floor**
**Beavercreek, OH 45431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Leeds Brown Law, P.C.**
**One Old Country Road**
**Suite 347**
**Carle Place, NY 11514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Dana Kerr v. FBCS, Inc., No. 24-cv-2075-NQIA**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Less Annoying CRM via Paddle.com**
**3811 Ditmars Blvd**
**#1071**
**Astoria, NY 11105**

Date(s) debt was incurred _

Last 4 digits of account number  **0399**

As of the petition filing date, the claim is: *Check all that apply.*                                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.125**

**Nonpriority creditor's name and mailing address**
**Levi & Korsinsky**
**33 Whitehall St**
**17th Floor**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Jerome Frasier v. FBCS, Inc., No. 2:24-cv-02121**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.126**

**Nonpriority creditor's name and mailing address**
**Levin Sedran & Berman LLP**
**510 Walnut Street, Suite 500**
**Philadelphia, PA 19106-3697**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Dana Kerr v. FBCS, Inc., No. 24-cv-2075-NQIA**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Licensing Unit**
**Minnesota Dept. of Commerce**
**85 7th Place E. Suite 500**
**St. Paul, MN 55101-3165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.128** Nonpriority creditor's name and mailing address

**Lincoln Financial Group**
**50 N. Radnor-Chester Road**
**Suite A305**
**Radnor, PA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

**Lincoln Tech**
**Attn: JEnniffer Amodei**
**One Plymouth Meeting, 4th Floor**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

**Link Revenue Resources**
**Attn: Alex Gallagher & Diane Williams**
**4891 Ronson Court**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

**LiveVox**
**Attn: Frank McArthur**
**655 Montgomery Street**
**Suite 1000**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$38,631.74**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address

**Lynch Carpenter**
**1133 Penn Avenue**
**Floor 5**
**Pittsburgh, PA 15222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address

**Margarita Deguzman**
**c/o Ahren A. Tiller, Esq.**
**1230 Columbia Street**
**Suite 1100**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number  **0677**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

**Mass Division of Banks**
**NDIS-Licensing Unit**
**1000 Washington Street, 10th Floor**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**McAfee**
**6220 America Center Drive**
**San Jose, CA 95002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Merrick Bank**
**Attn: Bryan Olson**
**10705 South Jordan Gateway, Suite 200**
**South Jordan, UT 84095**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Former Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michigan Bureau of Commercial Servs.**
**Collection Practices Board**
**PO Box 30018**
**Lansing, MI 48909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Licensing Authority

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Midland Credit Management, Inc.**
**Attn: General Counsel**
**350 Camino De La Reina**
**Suite 100**
**San Diego, CA 92108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Former Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MIExpressCare**
**44237 Michigan Avenue**
**Canton, MI 48188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Former Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Larsen, Consumer Fin. Bureau Chief**
**Dept of Finance**
**800 Park Blvd, Suite 200**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Licensing Authority

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Milberg Coleman Bryson Phillips Grossman**
**201 Sevilla Avenue**
**Suite 200**
**Coral Gables, FL 33134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Class Action Plaintiff Counsel

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Mississippi Secretary of State**
**PO Box 136**
**Jackson, MS 39205-0136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**

**Nonpriority creditor's name and mailing address**

**Monster Doc Shred, Inc.**
**Attn: Dawn O'Neill**
**9216 State Road**
**Philadelphia, PA 19114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144**

**Nonpriority creditor's name and mailing address**

**Montana Secretray of State**
**Room 260, Capitol**
**PO Box 202801**
**Helena, MT 59620-2801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145**

**Nonpriority creditor's name and mailing address**

**Morgan & Morgan**
**201 N. Franklin Street**
**7th Floor**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Dustin Busby v. FBCS, Inc., No. 2:24-cv-2129-TJS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Mullen Coughlin LLC**
**Attn: William Judge**
**426 W. Lancaster Avenue**
**Suite 200**
**Devon, PA 19333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147**

**Nonpriority creditor's name and mailing address**

**Murphy Law Firm**
**4116 Will Rogers Pkwy**
**Suite 700**
**Oklahoma City, OK 73108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Kevin Brooks v. FBCS, Inc., No. 24-cv-2007-NIQA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Native Consulting**
**Attn: Kenneth Goedelman**
**53 N Roscoe Blvd**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.149**

**Nonpriority creditor's name and mailing address**

**NCB Management Services**
**Attn: Ralph Liberio**
**1 Allied Drive**
**Feasterville Trevose, PA 19053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Nevada Financial Institutions Division**
**Office of Commissioner**
**2785 E. Desert Inn Road**
**Suite 180**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**

**New Hampshire Banking Dept.**
**53 Regional Drive**
**Suite 200**
**Concord, NH 03301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**

**New York City Dept. of Consumer Affairs**
**42 Broadway, 5th Floor**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**

**Newtek**
**1981 Marcus Ave**
**Suite 130**
**Lake Success, NY 11042**

Date(s) debt was incurred _

Last 4 digits of account number  **0943**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154**

**Nonpriority creditor's name and mailing address**

**North Carolina Dept. of Insurance**
**Agent Services Division**
**1204 Mail Service Center**
**Raleigh, NC 27699-1204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155**

**Nonpriority creditor's name and mailing address**

**North Carolina Secretary of State**
**PO Box 29622**
**Raleigh, NC 27626**

Date(s) debt was incurred _

Last 4 digits of account number  **3273**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number *(if known)* |
|--------|------|------|
| | Name | |

---

**3.156**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**North Dakota Dept. of Financial Inst.**
**2000 Schafer St., Suite G**
**Bismarck, ND 58501-1204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**NYS Dept. of Taxation & Finance**
**Taxpayer Assistance Center**
**W.A. Harriman Campus**
**Albany, NY 12227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Octane Lending (Roadrunner Financial)**
**Attn: Shirley Kelly**
**PO BOX 3610**
**Coppell, TX 75019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Ohio Secretary of State**
**180 East Broad Street**
**16th Fl.**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Oklahoma Secretary of State**
**PO Box 53390**
**Oklahoma City, OK 73152-3390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Oliphant USA**
**Attn: Michaek Crossan, COO & GC**
**5725 Highway 290 West**
**Suite 103**
**Austin, TX 78735**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Paradigm Assets LLC**
**5757 Phantom Drive**
**Suite 225**
**Hazelwood, MO 63042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.90**

Paychex
220 Kenneth Drive
Rochester, NY 14623

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Q752**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

PCI Group
Attn: Anthony Faldetta
1632 Harrisburg Road
Fort Mill, SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Pennsylvania Dept. of Banking
17 B. Second Street, Suite 1300
Harrisburg, PA 17101-2290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,680.00**

Pennsylvania Tax Institutes, Inc.
aka PTI, Inc.
Attn: Mark Ribas
428 Woodside Drive
Bridgeport, WV 26330

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

PR Bureau of Enforcement
Dept. of Consumer Affairs- Javier Olmo
North Building, Floor 8
De Diego Ave Stop 221/2 - Minillas GC
San Juan, PR 00940-1059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Pribanic & Pribanic
513 Court Place
Pittsburgh, PA 15219

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Plaintiff Counsel
Jerome Frasier v. FBCS, Inc., No. 2:24-cv-02121**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Quadient
PO Box 6813
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2757**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Ralph L Carr, Administrator**
**Colorado Collection Agency Board**
**Colorado Judicial Center**
**1300 Broadway, 10th Floor**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Licensing Authority**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**RapidFinance**
**Attn: General Counsel**
**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Former Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**RecoveryExchange**
**Attn: General Counsel**
**201 E. 5th Street**
**Suite 1205**
**Sheridan, WY 82801**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Former Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Regal Technologies/E-complish**
**228 Park Avenue South**
**Suite 89324**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Regional Acceptance**
**Attn: Shaun Huntley & Hannah Brown**
**4251 Fayatteville Rd.**
**Lumberton, NC 28358**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Former Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**ResCap**
**c/o Eric Green (CEO)**
**c/o Stewert Wayne (Legal)**
**1349 Empire Central Drive, Suite 1200**
**Dallas, TX 75287**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Former Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Financial Business and Consumer Solutions, Inc.**                    Case number (if known) _____
                    Name

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Resurgence**
Attn: Todd Lansky
**1611 Lake Cook Road, Suite 5**
**Deerfield, IL 60015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Resurgent Capital**
**55 Beattie Place**
**Suite 110**
**Greenville, SC 29601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Resurgent Capital Services**
**55 Beattie Place**
**Suite 110**
**Greenville, SC 29601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rhonda Hetland**
**State Board of Collection Agencies**
**900 West Capitol Avenue**
**Suite 400**
**Little Rock, AR 72201-9707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RI Dept. of Business Regulation**
**1511 Pontiac Avenue**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert Del Rosso**
**c/o Lawrence Hersh**
**17 Sylvan Street**
**Suite 102(B)**
**Rutherford, NJ 07070**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number  **3322**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosa Jaimes**
**2745 N Garland Avenue**
**Garland, TX 75040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Threatened litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address
**Saltz Mongeluzzi Bendesky**
**One Liberty Place, 52nd Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class Action Plaintiff Counsel**
**Jesse Apthorp v. FBCS, Inc., No. 24-cv-2024-PD**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address
**Sandra Haines**
**c/o Costello & Mains, LLC**
**18000 Horizon Way**
**Suite 800**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number  **9123**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Litigation**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address
**Sandra Matsushima, Executive Officer**
**DCCA-PVL**
**Attn: COLA**
**PO Box 3469**
**Honolulu, HI 96801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Licensing Authority**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address
**SESSIONS, ISRAEL & SHARTLE**
**3838 N. Causeway Blvd.**
**Suite 2800**
**Metairie, LA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Legal Services**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address
**Sharon Bauer**
**c/o Ademi, LLP**
**Attn: Ban Slatky**
**3620 East Layton Avenue**
**Cudahy, WI 53110**

Date(s) debt was incurred _

Last 4 digits of account number  **8926**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Litigation**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address
**Shayla Caddell, Collection Agencies CO**
**Securities Division**
**Office of the Secretary of State**
**302 W. Washington Street, Roon E 111**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Licensing Authority**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**3.189**

**Nonpriority creditor's name and mailing address**

**Sheffield Financial**
**Attn: Shaun Huntley & Hannah Brown**
**PO Box 1489**
**Lumberton, NC 28359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190**

**Nonpriority creditor's name and mailing address**

**Shelly Flot, P.C.**
**Attn: Shelly Flot**
**17th Street & Central Avenue**
**Cheyenne, WY 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**

**Nonpriority creditor's name and mailing address**

**Shred It/ Stericycle, Inc.**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number  **7814**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192**

**Nonpriority creditor's name and mailing address**

**Shub & Johns LLC**
**Four Tower Bridge**
**200 Barr Harbor Drive**
**Suite 400**
**Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Mickey Hwang v. FBCS, Inc., No. 24-cv-2033-NQIA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Siri & Glimstad**
**745 Fifth Ave**
**Suite 500**
**New York, NY 10151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Alison Croteau v. FBCS, Inc., No. 24-cv-1946-NIQA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Socket Labs**
**676 E. Swedesford Road**
**Suite 350B**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195**

**Nonpriority creditor's name and mailing address**

**South Dakota Secretary of State**
**Capitol Building**
**500 East Capitol Avenue**
**Suite 204**
**Pierre, SD 57501-5070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196**

**Nonpriority creditor's name and mailing address**

**Southern Security & Electronics**
**Attn: David Hodierne**
**PO Box 1482**
**Land O Lakes, FL 34639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$250.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197**

**Nonpriority creditor's name and mailing address**

**Spring Oaks Capital, LLC**
**Attn: Andrey Blady**
**1400 Crossways Blvd., Suite 100B**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**

**Nonpriority creditor's name and mailing address**

**Srourian Law Firm, P.C.**
**3435 Wilshire BLVD**
**Suite 1710**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Plaintiff Counsel**
**Jesse Apthorp v. FBCS, Inc., No. 24-cv-2024-PD**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199**

**Nonpriority creditor's name and mailing address**

**Star 2 Star**
**Attn: Zach Taylor**
**PO Box 97231**
**Las Vegas, NV 89193-7231**

Date(s) debt was incurred _

Last 4 digits of account number  **2130**

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**

**State of New Jersey**
**Division of Revenue**
**Client Registration**
**PO Box 252**
**Trenton, NJ 08646-0252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**

**State of Washington**
**Business Licensing Service**
**PO Box 9034**
**Olympia, WA 98507-9034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Financial Business and Consumer Solutions, Inc.**              Case number (if known) _____
          Name

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sun Life Financial**
**One Sun Life Executive Park**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Texas Secretary of State**
**Statutory Documents Section**
**PO Box 13697**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TGI Office Automation**
**1111 Old Eagle School Road**
**Wayne, PA 19087-1453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **8186**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,947.16** |
|---|---|---|---|

**The Hartford**
**PO Box 660916**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2024**

**Basis for the claim:**  **Trade debt - Insurance**

Last 4 digits of account number  **7451**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Kherkher Law Firm**
**5909 West Loop South**
**Suite 525**
**Bellaire, TX 77401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Class Action Plaintiff Counsel**
**Timothy Courtney v. FBCS, Inc., No. 2:24-cv-02153-KSM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Law Offices of Jibrael S. Hindi**
**110 SE 6th St**
**17th Floor**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Class Action Plaintiff Counsel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$994.59** |
|---|---|---|---|

**Tier Point**
**12444 Powerscourt Drive**
**Suite 450**
**Saint Louis, MO 63131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tom Schedler**
**Louisiana Secretary of State**
**Commercial Division**
**PO Box 94125**
**Baton Rouge, LA 70804-9125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tracy Harris**
**401 17th Street NW**
**Apt. 1302**
**Atlanta, GA 30363**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number  **0970**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**TRADS**
**PO Box 209047**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  **2771**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,900.00**

**Trans Union LLC**
**PO Box 99506**
**Chicago, IL 60693-9506**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Transworld Systems, Inc.**
**Attn:  Jonathan Brand & Ralph Lyons**
**507 Prudential Rd**
**Horsham, PA 19044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Former Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Truist Bank**
**Attn: Shaun Huntley  Hannah Brown**
**1001 Semmes Avenue, 6th Floor,**
**Mail Code VA-RVW-3434**
**Richmond, VA 23224**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Former Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**United Concordia**
**1800 CEnter Street**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  **5604**

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**US Bank**
**Attn: Contract Sercies**
**Meridian Crossings Business Center**
**Two Meridian Crossings**
**Minneapolis, MN 55423**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Utah Dept. of Commerce**
**Divisions of Corps. & Commercial Code**
**160 E. 300 South, 2nd Floor**
**S.M. Box 146705**
**Salt Lake City, UT 84114-6705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Vermont Secretary of State - Corp. Div.**
**81 River Street**
**Drawer 09**
**Montpelier, VT 05609-1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Virginia State Corporation Commission**
**PO Box 1197**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Licensing Authority**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Vivint SmartHome**
**Attn: Saul Speirs**
**4931 N. 300 W.**
**Provo, UT 84604**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**VSP Vision**
**PO Box 742788**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3016**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Wasabi Cloud Storage**
**Attn:  Kellen Mosher**
**75 Arlington Steet**
**Suite 810**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2645**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
| | Name | | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**West Virginia State Tax Deptartment**
**PO Box 11425**
**Charleston, WV 25339-1425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wisconsin Dept. of Financial Institution**
**Licensed FInancial Services Section**
**PO Box 7876**
**Madison, WI 53707-7876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wyoming Collection Agency Board**
**Dept. of Audit - Division of Banking**
**Herschler Building, 3 East**
**122 West 25th Street**
**Cheyenne, WY 82002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Yonkers Consumer Protection Bureau**
**87 Nepperhan Ave.**
**Room 212**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Licensing Authority__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Zoho**
**4141 Hacienda Drive**
**Pleasanton, CA 94588-8549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Zones**
**1102 15th Street SW**
**Suite 102**
**Auburn, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number __3827__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Debtor | **Financial Business and Consumer Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barhshay, Rizzo & Lopez, P.C.**<br>**445 Broadhollow Road**<br>**Suite CL18**<br>**Melville, NY 11747** | Line  **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Barhshay, Rizzo & Lopez, P.C.**<br>**445 Broadhollow Road**<br>**Suite CL18**<br>**Melville, NY 11747** | Line  **3.182**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Comcast**<br>**1717 Arch Street**<br>**Floor 48**<br>**Philadelphia, PA 19103** | Line  **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Fox Rothschild**<br>**PO Box 931091**<br>**Atlanta, GA 31193-1091** | Line  **3.93**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Regal Technologies**<br>**478 Wheelers Farm Road**<br>**Milford, CT 06461** | Line  **3.173**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 111,531.55 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 111,531.55 |

**Fill in this information to identify the case:**

Debtor name    **Financial Business and Consumer Solutions, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ACH Processing Agreement Account No. 72806190425**<br>**March 12, 2025** | **Billing Tree/ Repay**<br>**Attn: Corban Tenney**<br>**PO Box 12449**<br>**Atlanta, GA 30305** |

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **ACH Processing Agreement Account No. 72806190425** | |
| | State the term remaining | **March 12, 2025** | **Billing Tree/ Repay**<br>**Attn: Corban Tenney**<br>**PO Box 12449**<br>**Atlanta, GA 30305** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Services - Password Management** | |
| | State the term remaining | **Auto Renew on 9/17/2024** | **Bit Warden**<br>**1 N. Calle Cesar Chavez**<br>**Suite 102**<br>**Santa Barbara, CA 93103** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted Company Website** | |
| | State the term remaining | | **Branding ARC**<br>**Attn: Adam Parks**<br>**1680 SW Saint Lucie West Blvd**<br>**Suite 209**<br>**Port Saint Lucie, FL 34986** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Payment Processing Portal** | |
| | State the term remaining | | **Coalesce**<br>**PO Box 772507**<br>**Memphis, TN 38177** |
| | List the contract number of any government contract | | |

Debtor 1   **Financial Business and Consumer Solutions, Inc.**                    Case number (*if known*) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Account No. 26128006 Service Agreement for Server Maintenance** | |
|---|---|---|---|
| | State the term remaining | | **Dell Marketing L.P.** |
| | | | **Attn: Cesar Gini** |
| | List the contract number of any government contract | | **One Dell Way** |
| | | | **Round Rock, TX 78682** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Portal** | |
|---|---|---|---|
| | State the term remaining | | **Divinity Software** |
| | | | **Attn: Ryan Mack** |
| | List the contract number of any government contract | | **225 Sherry Drive** |
| | | | **Atlantic Beach, FL 32233** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Hatboro office printer leases/ service contract # 500-50153249** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **DLL** |
| | | | **De Lage Landen Financials Service, Inc.** |
| | List the contract number of any government contract | | **PO Box 41602** |
| | | | **Philadelphia, PA 19101** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Services - Multi-Factor Authentication** | |
|---|---|---|---|
| | State the term remaining | **Auto Renew on 9/20/2024** | **DUO Security** |
| | List the contract number of any government contract | | **130 1st Street** |
| | | | **Ann Arbor, MI 48104** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Skip Tracing** | |
|---|---|---|---|
| | State the term remaining | | **Experian** |
| | | | **Attn: Dustin Mateling** |
| | List the contract number of any government contract | | **701 Experian Parkway** |
| | | | **Allen, TX 75013** |

Debtor 1   **Financial Business and Consumer Solutions, Inc.**                              Case number *(if known)* _____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Technology services - Cell Suppression** | |
|---|---|---|---|
| | State the term remaining | **September 30, 2024** | **IDi Data (Red Violet, Inc.)**<br>**Attn: Justin Kalman**<br>**2650 N. Military Trail**<br>**Suite 300**<br>**Boca Raton, FL 33431** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Technology services - Annual Security Audits, Network Scans, Employee Security Training and Testing, Email Phishing Simulation** | |
|---|---|---|---|
| | State the term remaining | | **Interactive Security Holdings Inc**<br>**Attn: Shawn Corrigan**<br>**595 Bethlehem Pike**<br>**Suite 421**<br>**Montgomeryville, PA 18936** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Processing Services** | |
|---|---|---|---|
| | State the term remaining | | **Merchant Solutions**<br>**5900 Sepulveda Blvd**<br>**Suite 360**<br>**Sherman Oaks, CA 91411** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Caller ID Registration** | |
|---|---|---|---|
| | State the term remaining | **8/31/2024** | **Neustar**<br>**Attn: William Turner and Emmanuel Korvah**<br>**1906 Reston Metro Plaza**<br>**Suite 500**<br>**Reston, VA 20190** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Payscout**<br>**Attn: Chris Compton & Lemuel Dunnigan**<br>**5900 Sepulveda Blvd**<br>**Sherman Oaks, CA 91411** |
| | List the contract number of any government contract | | |

Debtor 1    **Financial Business and Consumer Solutions, Inc.**                    Case number (*if known*) _____
     First Name       Middle Name       Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Software Agreement IPACS - Policy Management**<br><br>State the term remaining — **11/6/2024**<br><br>List the contract number of any government contract | **Provana**<br>**Attn: Sean Clark**<br>**801 Warrenville Road**<br>**Suite 250**<br>**Lisle, IL 60532** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Hatboro Office Mail Meter Machine (iX-3)**<br><br>State the term remaining — **6/25/2025**<br><br>List the contract number of any government contract | **Quadient Leasing**<br>**PO Box 6813**<br>**Carol Stream, IL 60197** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Technology services**<br><br>State the term remaining — **Unknown**<br><br>List the contract number of any government contract | **RevSpring, Inc.**<br>**Attn: Rich Schlegel**<br>**1131 4th Avenue South**<br>**Suite 330**<br>**Nashville, TN 37210** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — **MSP Provider (Office 365, Datto Back Up Storage, Senteninel One)**<br><br>State the term remaining — **6 months prepaid on 8/16/2024)**<br><br>List the contract number of any government contract | **Scarlett Group**<br>**Attn: Sarah Howard**<br>**4800 Spring Park Road**<br>**Jacksonville, FL 32207** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Help Desk Tracking**<br><br>State the term remaining — **June 2025**<br><br>List the contract number of any government contract | **Solarwinds**<br>**Attn: Spencer Smud**<br>**117 Edinbrugh South**<br>**Suite 100**<br>**Cary, NC 27511** |

Debtor 1    **Financial Business and Consumer Solutions, Inc.**                    Case number *(if known)* _____
            First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Services Account No. 792130** | |
| | State the term remaining | **12/22/2025** | **Star 2 Star Attn: Zach Taylor PO Box 97231 Las Vegas, NV 89193-7231** |
| | List the contract number of any government contract | _____ | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Equipment** | |
| | State the term remaining | **02/05/2026** | **Star 2 Star Communications/ GreatAmerica 600 Tallevast Road Suite 202 Sarasota, FL 34243** |
| | List the contract number of any government contract | _____ | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted Access Control System - Hatboro, PA Office** | |
| | State the term remaining | **6/30/2025** | **Teligent Attn: Tim Reinhard 500 Office Center Drive Suite 400 Fort Washington, PA 19034** |
| | List the contract number of any government contract | _____ | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment lease (printer - Hatboro office) Account No. 11178186** | |
| | State the term remaining | **9/1/2025** | **TGI Office Automation 1111 Old Eagle School Road Wayne, PA 19087** |
| | List the contract number of any government contract | _____ | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment lease and maintenance agreement Jacksonville office printer - Toshiba Estudio 252BA Digitial Monochrome Mfp (in storage)** | |
| | State the term remaining | **Ends 12/2028** | **TGI Office Automation 1111 Old Eagle School Road Wayne, PA 19087-1453** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **Financial Business and Consumer Solutions, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Technology services** | |
|---|---|---|---|
| | State the term remaining | **Auto Renew on 8/31/2024** | **Tier Point**<br>**Attn: Benjamin Mitten**<br>**12444 Powerscourt Drive**<br>**Suite 450**<br>**Saint Louis, MO 63131** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Skip Tracing**<br>**Account No. 32771** | |
|---|---|---|---|
| | State the term remaining | | **TRADS**<br>**PO Box 209047**<br>**Dallas, TX 75320** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Transunion**<br>**4530 Conference Way South**<br>**Boca Raton, FL 33431** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Payment processing services** | |
|---|---|---|---|
| | State the term remaining | | **USA ePay**<br>**1833 Victory Blvd**<br>**Glendale, PA 91201** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Hatboro, PA Office Lease** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2025** | **VV330, LLC**<br>**Attn: Zachary Moore**<br>**1 Belmont Avenue**<br>**Suite 520**<br>**Bala Cynwyd, PA 19004** |
| | List the contract number of any government contract | | |

Debtor 1   **Financial Business and Consumer Solutions, Inc.**                    Case number (*if known*) _____
         First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud and Back Up Data Storage Account No.  52645** | |
| | State the term remaining | **Auto Renew on 8/31/2024** | **Wasabi Cloud Storage Attn:  Kellen Mosher 75 Arlington Steet Suite 810 Boston, MA 02116** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Data Scrub** | |
| | State the term remaining | | **WebRecon Attn: Jack Gordon 2025 E. Beltline Avenue SE Suite 105 Grand Rapids, MI 49546** |
| | List the contract number of any government contract | | |