United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-13029-amc

Financial Business and Consumer Solution    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Financial Business and Consumer Solutions, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| Kymberly Kochis | on behalf of Debtor Financial Business and Consumer Solutions  Inc. kymkochis@eversheds-sutherland.com, DevorahHirsch@eversheds-sutherland.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.**<br><br>　　　Debtor. | Chapter 7<br><br>Case No. 24-13029 |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE* OF JENNIFER B. KIMBLE

Upon consideration of the Motion for Admission to Practice, *pro hac vice*, of Jennifer B. Kimble.

It is hereby ordered that the Motion is GRANTED and Jennifer B. Kimble is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Dated: Aug. 30, 2024

_____
Ashely M. Chan
United States Bankruptcy Judge

51550365.1