UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>FINANCIAL BUSINESS AND<br>CONSUMER SOLUTIONS, INC.<br><br>                  Debtor. | Chapter 7<br><br>Case No. 24-13029 |

### *PROPOSED* ORDER SCHEDULING HEARING

**AND NOW**, upon the consideration of the *Motion for Entry of an Order Authorizing the Company to Redact Personally Identifiable Information for Consumers, Employee and Other Individual Parties in Interest* (the "Motion") [D.I. 6] filed by Financial Business and Consumer Solutions, Inc. (the "Debtor" or "Movant"); the Court having reviewed the Motion, the Court finding that, (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2) and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) the circumstances justify an expedited hearing on the Motion;

**IT IS HEREBY ORDERED THAT:**

    1.    The Court shall conduct an interim hearing on the Motion at 12:30 p.m. (ET) on September 18, 2024, in Courtroom #4 at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19017. Telephonic appearance at the hearing is permitted.

51618860.1

2. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

3. Movant shall serve this Order on the United States Trustee, the Chapter 7 Trustee, parties requesting notice in this case, and the Creditor Matrix by regular mail within two (2) business days following entry of this Order.

4. Prior to the hearing, Movant shall file a Certification in compliance with Local Bankruptcy Rule 9014-4 setting forth compliance with the service requirements of Paragraph 3.

Date: _____

_____
HONORABLE ASHLEY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE

51618860.1