United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13029-amc |
| Financial Business and Consumer Solution | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Financial Business and Consumer Solutions, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 08, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| JENNIFER B. KIMBLE | on behalf of Debtor Financial Business and Consumer Solutions  Inc. jenniferkimble@eversheds-sutherland.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| KACIE CARTWRIGHT | on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| Kymberly Kochis | on behalf of Debtor Financial Business and Consumer Solutions  Inc. kymkochis@eversheds-sutherland.com, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 1

DevorahHirsch@eversheds-sutherland.com

LESLIE C. BENDER

on behalf of Debtor Financial Business and Consumer Solutions  Inc. lesliebender@eversheds-sutherland.com

MICHAEL G. MENKOWITZ

on behalf of Trustee CHRISTINE C. SHUBERT mmenkowitz@frof.com
brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com;msteen@foxrothschild.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>FINANCIAL BUSINESS AND<br>CONSUMER SOLUTIONS, INC.<br><br>              Debtor. | Chapter 7<br><br>Case No. 24-13029 |

**ORDER SCHEDULING HEARING**

**AND NOW**, upon the consideration of the *Motion for Entry of an Order Authorizing the Company to Redact Personally Identifiable Information for Consumers, Employee and Other Individual Parties in Interest* (the "Motion") [D.I. 6] filed by Financial Business and Consumer Solutions, Inc. (the "Debtor" or "Movant"); the Court having reviewed the Motion, the Court finding that, (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2) and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) the circumstances justify an expedited hearing on the Motion;

**IT IS HEREBY ORDERED THAT:**

1. The Court shall conduct an interim hearing on the Motion at 12:30 p.m. (ET) on September 18, 2024, in Courtroom #4 at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19017. Telephonic appearance at the hearing is permitted.

51618860.1

2. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

3. Movant shall serve this Order on the United States Trustee, the Chapter 7 Trustee, parties requesting notice in this case, and the Creditor Matrix by regular mail within two (2) business days following entry of this Order.

4. Prior to the hearing, Movant shall file a Certification in compliance with Local Bankruptcy Rule 9014-4 setting forth compliance with the service requirements of Paragraph 3.

Date: Sept. 5, 2024

HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE

51618860.1