**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | Chapter 7 |
| FINANCIAL BUSINESS AND CONSUMER : | |
| SOLUTIONS, INC., : | Case No. 24-13029 (AMC) |
| : | |
| Debtor. : | |
| : | |

**CORRECTED <u>EXHIBIT B</u> TO**
**CHAPTER 7 TRUSTEE'S MOTION TO LIMIT NOTICE OF THE**
**341 MEETING OF CREDITORS, BAR DATE AND ANY OTHER NOTICES**
**REQUIRED IN THE CASE PURSUANT TO**
<u>**FED. R. BANKR. P. 2002(m) and (l) AND 9007 AND 11 U.S.C. § 105(a)**</u>

                                      **FOX ROTHSCHILD LLP**
                                      Michael G. Menkowitz, Esquire
                                      Martha B. Chovanes, Esquire
                                      2000 Market Street, Twentieth Floor
                                      Philadelphia, PA  19103-3222
                                      Phone (215) 299-2000
                                      Fax (215) 299-2150
                                      mmenkowitz@foxrothschild.com
                                      mchovanes@foxrothschild.com

                                      *Proposed Attorneys for Christine C. Shubert,*
                                      *Chapter 7 Trustee for the estate of Financial*
                                      *Business and Consumer Solutions, Inc.*

Dated:  September 12, 2024

| Information to identify the case. | | | |
|---|---|---|---|
| Debtor | Financial Business and Consumer Services, Inc._____<br>Name | EIN | 23-2421430 |
| United States Bankruptcy Court **Eastern District of Pennsylvania**<br>Case number: **24-13029 (AMC)** | | Date case filed for chapter 7 | **8/29/24** |

Official Form 3090 (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case -- Proof of Claim Deadline Set

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). **Additionally, information on this case, the 341 meeting, the Bar Date and other important case information can be found online on the Stretto Website at _____.**

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Financial Business and Consumer Services, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 330 South Warminster Road, Suite 350, Hatboro, PA 19040 | |
| 4. | **Debtor's attorney**<br>Name and address | Jennifer Kimble, Esquire<br>Eversheds Southerland (US) LLP<br>1114 Avenue of the Americas<br>40th Floor<br>New York, NY 10036-7703 | Contact phone (212) 389-5000<br>Email: jenniferkimble@eversheds-sutherland.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 023-7184<br>Email: christine.shubert@comcast.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street, Suite 400<br>Philadelphia, PA 19107<br><br>Date: 9/18/24 | Hours open:<br>Philadelphia Office – 9;00 A.M.- 4;00 P.M<br>Contact phone (215) 408-2800 |

**For more information, see page 2 >**

162513035.2

Debtor Worley & Obetz, Inc.                                                                                          Case Number **18-13774-ref**

| 7. **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | <u>October 28, 2024</u>    at   <u>  12:00 pm  </u><br>Date                          Time<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: the 341 Meeting of Creditors will be conducted by Zoom. If you would like to participate, you must email the Trustee and request the meeting information to participate. |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at <u>www.uscourts.gov</u> or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **Filing deadline: 12/5/24**<br><br>**Filing deadline: 2/5/25** |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |

162513035.2