**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Financial Business and Consumer Solutions, Inc.[1], | : | Case No. 24-13029 AMC |
| | ; | |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AND LOCAL BANKRUPTCY RULES 2014-1 AND 9013-1(d) AUTHORIZING THE RETENTION AND EMPLOYMENT OF GIULIANO MILLER & COMPANY, LLC AS ACCOUNTANTS FOR CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE**

TO:   THE DEBTORS AND COUNSEL, OFFICE OF THE U.S. TRUSTEE, THE CLERK'S SERVICE LIST, AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Christine C. Shubert (the "Trustee"), the chapter 7 trustee for the estate of Financial Business and Consumer Solutions, Inc., (the "Debtor"), by and through her proposed attorneys, Fox Rothschild LLP, has filed an *Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a,) Fed. R. Bankr. P. 2014 and L.B.R. 2014-1 Authorizing the Retention and Employment of Giuliano Miller & Company, LLC* ("GMCO") *as Attorneys for Christine C. Shubert, Chapter 7 Trustee* (the "Application").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**.

2. **If you do not want the court to grant the relief sought in the Application** or if you want the court to consider your views on the Application, then on or before **September 23, 2024 by 4:00 p.m. you or your attorney must file a response to the Application**. (*see Instructions on next page*).

3. **If you do not file a response to the Application**, the court may enter the relief requested in the Application without a hearing.

4. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether a hearing has been scheduled.

5. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

---

[1] The last four (4) numbers of the Debtor's Federal Employer Identification Number are 1430.

162197479.2

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. **If you are not required to file electronically**, you must file your response at Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

8. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9. On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the movant's attorney:

> Michael G. Menkowitz, Esquire
> Martha B. Chovanes, Esquire
> 2000 Market Street, 20th Floor
> Philadelphia, PA 19103-3222
> (215) 299-2000/Fax (215) 299-2150
> mmenkowitz@foxrothschild.com
> mchovanes@foxrothschild.com

**FOX ROTHSCHILD LLP**

By:  */s/ Michael G. Menkowitz*
  Michael G. Menkowitz, Esquire
  Martha B. Chovanes, Esquire
  2000 Market Street, 20th Floor
  Philadelphia, PA 19103-3222
  (215) 299-2000/Fax (215) 299-2150
  mmenkowitz@foxrothschild.com
  mchovanes@foxrothschild.com

Proposed Attorneys for Christine C. Shubert, Chapter 7 Trustee

Dated: September 13, 2024