# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Chapter 7 |
| : | |
| FINANCIAL BUSINESS AND : | |
| CONSUMER SOLUTIONS, INC., : | Case No. 24-13029 AMC |
| : | |
| Debtor. : | |
| : | |

## CERTIFICATION OF SERVICE

MARTHA B. CHOVANES, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Fox Rothschild LLP, attorneys for Christine C. Shubert, the Chapter 7 Trustee in the above captioned proceedings.

1. On September 4, 2024, I caused true and correct copies of the *Application of the Chapter 7 Trustee for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a,) Fed. R. Bankr. P. 2014 and L.B.R. 2014-1 Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Christine C. Shubert, Chapter 7 Trustee, Effective as of the Petition Date* (the "Application") [D.I. 19], proposed form of *Order* (the "Order") and *Notice of Application* (the "Notice") [D.I. 20] to be served *via* U.S.P.S. First Class Mail, postage pre-paid, on the parties listed on the attached **Service List.**

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                    */s/ Martha B. Chovanes*
                                                    Martha B. Chovanes
                                                    **FOX ROTHSCHILD LLP**
                                                    2000 Market Street – 20th Floor
                                                    Philadelphia, PA  19103-3222

                                                    *Proposed Attorneys to the Chapter 7 Trustee*

Dated:  September 13, 2024

162582503.1

## Service List

Leslie C. Bender, Esquire
Eversheds Sutherland (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC  20001

Jennifer B. Kimble, Esquire
Kymberly Kochis, Esquire
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY  10036-7703

Christine C. Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ  08226

John H. Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

Kacie Cartwright, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

162198550.1