# Exhibit "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-13029 (AMC) |

**CERTIFICATION OF JEFFREY OSTROW IN SUPPORT**
**OF ADMISSION TO PRACTICE *PRO HAC VICE***

I, Jeffrey Ostrow, hereby certify as follows:

1. I am Managing Member of Kopelowitz Ostrow Ferguson Weiselberg Gilbert and maintain my principal office at 1 West Las Olas, Suite 500, Fort Lauderdale, FL 33301.

2. I am a member in good standing of the Bars of the State of Florida and the District of Columbia.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have access to a copy of the Local Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Local Bankruptcy Rules") and am generally familiar with such Rules.

5. I am seeking admission pro hac vice to practice before this Court for the purpose of appearing as Counsel for certain class-action plaintiffs in the above- captioned bankruptcy case pursuant to Local Bankruptcy Rule 2090-1(b).

---

[1] The last four (4) numbers of the Debtor's Federal Employer Identification Number are 1430.

     6.     I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2024
     Fort Lauderdale, FL

                         */s/ Jeffrey Ostrow*
                         Jeffrey Ostrow
                         Kopelowitz Ostrow Ferguson Weiselberg Gilbert
                         1 West Las Olas, Suite 500
                         Fort Lauderdale, FL 33301
                         Phone: 954-525-4100
                         Email: ostrow@kolawyers.com