UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 7 |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | Bankruptcy No. 24-13029-AMC |
| f/d/b/a Federal Bond & Collection Service, Inc. | : | |
| d/b/a FBCS, Inc. | : | |
| d/b/a F C B S | : | |
| d/b/a F.B.C.S. | : | |
| d/b/a FCBS Service | : | |
| d/b/a Fbcs Service | : | |
| d/b/a FBCS SERVICE | : | |
| d/b/a Financial Business & Consumer Solutions, Inc. | : | |
| d/b/a Federal Bond | : | |
| d/b/a Fed Bond | : | |
| d/b/a Federal Bond & Collection SV Inc. | : | |
| | : | |
| **DEBTOR** | : | |
| _____ | : | |

# ORDER

AND NOW, this 18th day of September 2024, upon consideration of the Trustee's Expedited Motion for Entry of an Order Directing Turnover of Property of the Estate (Debtor's Mail) (the "Motion"); due and proper notice of the Motion having been given; and sufficing cause appearing therefore, it is hereby ORDERED:

1. The Postmaster of the Hatboro Post Office is directed to turnover (a) all of the Debtor's mail in its possession within two (2) business days and (b) Debtor's mail it receives in the future for the duration of this Chapter 7 case, unless ordered otherwise, to the Chapter 7 Trustee at the address listed below:

   Christine C. Shubert, Chapter 7 Trustee
   821 Wesley Avenue
   Ocean City, NJ 08226

1

2. Upon receipt of the mail, the Trustee shall forthwith notify counsel for the Debtor and offer Debtor an opportunity to inspect the mail received and take possession of those items which do not relate in any way to administration of the Chapter 7 case.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge