# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | : |
| | : Case No. 24-13029-amc |
| | : |
| Debtor. | : |
| | : |

## TRUSTEE'S NOTICE OF REVISED STIPULATION

Christine C. Shubert (the "Trustee"), the chapter 7 trustee for the estate of Financial Business and Consumer Services, Inc. ("FBCS" or the "Debtor"), by and through her attorneys, Fox Rothschild LLP, filed a *Motion of the Chapter 7 Trustee for an Order Approving the Settlement Among the Chapter 7 Trustee and the Class Action Claimants Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") [D.I. 51]. The Trustee received informal comments on the Motion, which were resolved. Pursuant to the directive of the Office of the United States Trustee, the Stipulation has been revised to reflect those changes. Accordingly, attached as **Exhibit A** is the revised Stipulation and attached as **Exhibit B** is a blackline of the revised Stipulation. All of the parties to the Stipulation are in agreement to the entry of the Order approving this revised Stipulation.

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/ Michael G. Menkowitz
Michael G. Menkowitz
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA  19103
mmenkowitz@foxrothschild.com
Counsel to Trustee

164575199.1