UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| FINANCIAL BUSINESS and CONSUMER SOLUTIONS, INC. | : |
| | : |
| DEBTOR. | : BKY. NO. 24-13029-amc |

## CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER

I, Martha B. Chovanes, Esquire, hereby certify that after proper service of the Chapter 7 Trustee's Motion for Order Authorizing the Trustee to Return Rebates Received from Independence Blue Cross [D.I. 136], no objections or responses have been served upon me or have been filed on the Docket. I, therefore, request the entry of the proposed form of Order attached to the Motion.

FOX ROTHSCHILD LLP

/s/ *Martha B. Chovanes*
Martha B. Chovanes
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA  19103
mchovanes@foxrothschild.com
Counsel to Christine C. Shubert, Trustee

165074501.1